# Exhibit A

*Letters of Support*

February 2026

Honorable Judge Mary S. Scriven:

Cordial greetings to you. In the name of our Lord Jesus Christ, I hope that you are well. I am Ibio Martinez Hernandez, Lucio Antonio Martinez Hernandez's brother. I am the second of my parents' seven children. There are six other children from my parents' other relationships, and we have been a united family with a characteristic of a lot of friendship.

The three eldest siblings of this family are no longer with us. And to our great anguish, after what happened, our brother is now detained and far from us. We do not know the reasons why he took that path, we only know that our family is not in the best economic condition. We think that led him to make this decision: his anguish and desperation upon not having permanent employment. He has always been a very cooperative brother with the family, especially with our father. We are not justifying what happened, but during judgment, we do beg you to take into account the family's needs and those of a 98-year-old father who is not in good health because of his age. He also wants to see him again as soon as possible. We pray to God who is the owner [sic] of all justice to bless you and to give you wisdom in this process. We all make mistakes in one way or another, and we all need a second chance. His wife and children also miss him and need him with them. We also want you to take into account that we have been displaced and expelled from our land. Now, we live day to day in a town where the government has no consideration for us. Many times, all of these things lead us to make incorrect decisions.

We would be grateful if you would consider all these things. May God give you wisdom. We trust in your good conduct.

Sincerely,

IBIO MARTINEZ HERNANDEZ

Signature:

Translator: Maria Lando
Date:        May 7, 2026

Febrero de 2026.

Señora.

Honorable jueza, Mary S.Scriven.

Reciba un cordial saludo en el nombre de nuestro señor Jesucristo, espero se encuentre bien.

Soy Ibio Martinez Hernadez, hermano de Lucio Antonio Martinez Hernández, soy el 2 hermano de 7 hijos de padre y madre, no obstante, existen 6 hijos mas de relaciones diferente por parte de mis padres de los cuales hemos sido una familia unida y con una característica de mucha amistad

de esta familia 3 de estos hermanos mayores ya no se encuentran con nosotros, nuestra gran angustia y lo sucedido con nuestro hermano que hoy se encuentra detenido y lejos de nosotros.

motivos o porque el tomo este camino no lo sabemos, solo sabemos que nuestra condición económica a nivel familiar no es la mejor, pero pensamos que fue el motivo que lo condujo a tomar esta decisión y en su angustia o desesperación, por no tener un empleo permanente ya que él ha sido un hermano muy cooperativo con la familia, mas que todo con nuestro padre. No justificamos lo sucedido, pero si le suplicamos a usted, que tenga en cuenta en el juicio la necesidad de la familia y de un padre de 98 años el cual no se encuentra bien de salud por su edad y que desea volver a verlo lo más pronto posible.

Oramos a Dios que es el dueño de toda justicia que la bendiga a usted y que le de sabiduría en este proceso, todos cometemos errores de una forma u otra, y que todos necesitamos una segunda oportunidad, sus hijos y esposa también lo extrañan y lo requieren con ellos.

También queremos que tenga en cuenta que somos desplazados y expulsados de nuestras tierras y que hoy nos encontramos viviendo del día a día en un pueblo donde el gobierno ni siquiera nos ha tenido en cuenta, todo esto son cosas que nos llevan a tomar decisiones muchas veces incorrectas.

Agradecemos que tenga en cuenta todas estas cosas y que Dios le de sabiduría y confiamos en su buen proceder.

ATT: IBIO MARTINEZ HERNANDEZ

FIRMA:

February 2026

Honorable Judge Mary S. Scriven:

Cordial greetings to you. In the name of our Lord Jesus Christ, I hope that you are well. I am Martha Cecilia Martinez Hernandez, Lucio Antonio Martinez Hernandez's sister. I am the youngest of the siblings and am in charge of caring for our father who is an 98-year-old man. I am an evangelical Christian and the leader of missions for my congregation. I live in a village in the state of Necocli, Antioquia, Colombia. I am married, the mother of eight children and a housewife.

I will tell you that since we were displaced in 1997, we have been in charge of caring for our parents, and now, only of my father because our mother died in 2013. My brother Lucio has been one of my siblings who contributed the most to Dad's upkeep and to what he has needed economically and for his health.

Since my brother has been detained, I live in great fear that Dad will die without seeing his son again because in the month of November 2025, our sister Edelmira died without seeing him, without being present to say goodbye.

My father asks you to please allow him to return so he can see his son before he departs. He feels very sad about not being able to see his son for several months during which he has been hospitalized. Today, I only ask God and you, as it depends on you, to help fulfill his dream of seeing Lucio before he closes his eyes forever. We, his siblings and family in general, pray and wish to see him return soon to his home where his wife, children, siblings, nieces, nephews and friends await him. We do not judge him for what he did. Only he and God know why. The only thing about which I am certain is that we wish to see him soon.

Madam Judge, I thank you for your attention and pray to God to give you wisdom to be able to make the best decision at the sentencing. May God bless your life and family. Thank you for your attention to this.

Sincerely,

Matha Cecilia Martinez Hernandez

*Martha cecilia Martinez*

Translator: Maria Lando
Date:        May 7, 2026

Febrero 2026

Señora.

Honorable jueza, Mary S. Scriven.

Reciba un cordial saludo en el nombre de nuestro señor Jesucristo, espero se encuentre bien.

Soy Martha Cecilia Martínez Hernández ,hermana de Lucio Antonio Martínez Hernández ,soy la menor de todos mis hermanos y tengo a cargo a nuestro padre el cual ya es un anciano de 98 años de edad, soy cristiana evangélica y líder de misiones en mi congregación ,vivo en un corregimiento de necocli departamento de Antioquia Colombia, soy ama de casa madre de 8 hijos, también soy casada, le cuento que desde el desplazamiento en 1997 hemos estado a cargo de nuestros padres , ahora de mi padre porque nuestra madre falleció en 2013,mi hermano lucio ácido uno de mis hermanos que más ha estado aportando económicamente con el sostenimiento de papá, en el área económica, y con la salud cada que se ha requerido.

Desde que mi hermano lucio se encuentra detenido vivo con mucho miedo de que papá muera sin que vuelva a ver a su hijo, ya que en el mes de noviembre de 2025 nuestra hermana Edelmira murió sin verlo y sin el poder estar para despedirla.

Mi padre le pide que por favor le permita volver a ver su hijo antes de partir, que se siente muy triste por no poder ver a su hijo hace ya varios meses, en los cuales ya ha estado hospitalizado, hoy solo le pide a Dios y a usted que en cuanto dependa de usted le pueda ayudar cumplir sus sueños de ver a lucio antes de cerrar sus ojos para siempre.

Nosotros sus hermanos y familia en general oramos y deseamos ver pronto su regreso a casa donde lo esperan sus hijos y esposa, hermanos, sobrinos, amigos.

No lo juzgamos por lo que hizo, solo Dios y el saben porque, de lo único que estoy segura es que deseamos verle pronto.

Señora, juez le agradezco por su atención y oro a Dios para que le dé la sabiduría para poder tomar la mejor decisión en este juicio,

Dios bendiga su vida y la de su familia.

*Martha cecilia Martínez*
Atte.
**Martha Cecilia Martínez Hernández.**

Gracias por su atención

March 11, 2026

Honorable Judge Mary S. Scriven
United States District Court Judge
400 N. Tampa St.,
Tampa, FL  33602

Re:    Letter of Support for Lucio Martinez Hernandez

Honorable Judge Scriven:

My name is Claudia Ester Echeverria Quintana, identified by citizen's I.D. No. 39312660 issued in Turbo, Antioquia. I am writing to you for the purpose of offering a perspective on the human qualities of Lucio Antonio Martinez Hernandez.

I currently work as a professional formulating and structuring strategic projects and plans focused on social and agriculture strengthening of the Uraba subregion of Antioquia, Colombia. My daily labor consists of working in rural communities, with associations for displaced women, heads of households, vulnerable people, victims of armed conflict and agricultural producers to improve their living conditions and economic autonomy. I have known Mr. Lucio Antonio for 30 years and our relationship is a close friendship.

Through the years, I have gotten to know Lucio Antooio as a person of solid principles with a deep commitment to his environment. In my experience dealing with him, he has always stood out for being a hardworking man, and a pillar for his family and friends. I consider him a special person due to his capacity to offer emotional and economic support to his father, siblings and children

As someone who works directly with the social fabric and community resilience, I can affirm that Lucio Antonio possesses qualities that portray him in a positive way before society. I have been a witness to how he has faced personal challenges with determination, proving to be a person who seeks the wellbeing of those who surround him. His roles of son, father, husband and brothers are fundamental, and he gives emotional support that sustains his family during the times of greatest difficulty.

Respectfully, I ask that you consider Lucio Antonio's humaneness and the positive impact he has on his inner circle. I completely trust that he is a person capable of continuing to contribute constructively to his community if given a chance.

I thank you in advance for the time dedicated to reading these words and your consideration of granting mercy in this case.

Respectfully,

Claudia Ester Echeverria Quintana

Translator: Maria Lando
Date:        May 7, 2026

**11 de marzo de 2026**

**Honorable Jueza Mary S. Scriven United States District Court 400 N. Tampa St. Tampa, Florida 33602**

**Re: Carta de carácter en favor de Lucio Martínez Hernández**

**Honorable Jueza Scriven.**

Mi nombre es: **Claudia Ester Echeverría Quintana**, **Identificada con Cédula de Ciudadanía No 39.312.660 expedida en Turbo, Antioquia.** Le escribo esta carta con el fin de brindarle una perspectiva sobre la calidad humana de Lucio Antonio Martínez Hernández.

Actualmente, me desempeño profesionalmente en la formulación y estructuración de proyectos estratégicos y planes de desarrollo enfocados en el fortalecimiento social y agrícola en la subregión del Urabá antioqueño, Colombia. Mi labor diaria consiste en trabajar con comunidades rurales, asociaciones de mujeres desplazadas, cabeza de hogar, vulnerables, víctimas del conflicto armado y productores agrícolas para mejorar sus condiciones de vida y autonomía económica. Conozco al **Señor. Lucio Antonio,** desde hace **30** años y nuestra relación es de amistad cercana.

A través de los años, he podido conocer **a Lucio Antonio**, como una persona de principios sólidos y un compromiso profundo con su entorno. En mi experiencia tratándolo, siempre se ha destacado por ser **un hombre trabajador, un pilar para su familia y para sus amigos**. Lo considero una persona especial debido a su capacidad para ofrecer **apoyo emocional y económico para su padre, hermanos e hijos**

Como alguien que trabaja directamente con el tejido social y la resiliencia comunitaria, puedo dar fe de que Lucio Antonio, posee cualidades que lo retratan de forma positiva ante la sociedad. He sido testigo de cómo ha enfrentado desafíos personales con determinación, demostrando ser una persona que busca el bienestar de quienes lo rodean. Su papel como **hijo, padre, esposo y hermano** es fundamental, siendo el soporte emocional que mantiene unida a su familia en los momentos de mayor dificultad.

Respetuosamente, le pido que, considere la humanidad de **Lucio Antonio**, y el impacto positivo que tiene en su círculo cercano. Confío plenamente en que es una persona capaz de seguir aportando de manera constructiva a su comunidad si se le brinda una oportunidad.

Agradezco de antemano el tiempo dedicado a leer estas palabras y su consideración para otorgar clemencia en este caso.

**Respetuosamente,**

Claudia Ester Echeverría Quintana