# Exhibit B

## *Victimization and*

## *Forced Displacement Documentation*





[Colombia – Power of Life]                                          [Unit for Victims]


Bogota, Tuesday, February 10, 2026

Mister/Missus/Miss
ANDRES MARTINEZ GARCIA
Address:       Corregimiento TOTUMO,
Telephone:     3006040885
ARBOLETES, ANTIOQUIA, 48


Consulting the Unique Registry of Victims RUV [acronym in Spanish] on Tuesday, February 10, 2026, we take the liberty of informing you of the state of and victimizing events for which **ANDRES MARTINEZ GARCIA** identified by citizen's ID card/ password **3640258**, is registered as a declarant and/or head of household.

| DECLARANT FILED | ID | APPRAISAL OF STATE | VICTIMIZING EVENT(S) | DATE OF VICTIMIZING EVENT | STATE OF VICTIMIZING EVENT | MUNICIPALITY OF VICTIMIZING EVENT |
|---|---|---|---|---|---|---|
| 70417 | 70417 (SIPOD) | Included | Forced Displacement | 02/28/1997 | ANITOQUIA (O5) | SAN JUAN DE URUBA (05659) |


Within the documentation 70417 rendered  and the victimizing event **Forced Displacement**, the relationship of the following nuclear family is proven:

| NAMES AND LAST NAMES | RELATIONSHIP TO DECLARANT | DOCUMENT | APPRAISAL OF STATE | DATE OF VISTIMIZING EVENT |
|---|---|---|---|---|
| ANDRES MARTINEZ GARCIA | Head of household (Declarant) | 3640258 | Included | 02/28/1997 |
| JUAN BAUTISTA HERNANDEZ PEÑA | Wife/Husband/Partner | 22163328 | Included | 02/28/1997 |

### Verification Code: 2026021010554952

Be advised that the confirmation of the family group registered in the Unique Registry of Victims is determined by the information that the person who made the statement at the Public Ministry freely and voluntarily gave. Therefore, the family group is registered just as the declarant stated based on the factors of time, manner and place of the victimizing events.

According to Article 15 of the Constitution, all the information provided by the Victim and related to the application for registration is of a privileged character. This is cited in the 1st paragraph of Article 156 of Law 1448 of 2011. Likewise, Article 31 of Decree 4800 number nine indicates to "Guarantee the confidentiality, privilege and security of the information and abstain from making use of the information contained in the registration application or the processing thereof to obtain advantage for yourself or third parties."

According to the aforementioned, and given the legal faculties described, copies of this document will not be issued to any other entity or natural or legal person.





[Colombia – Power of Life]                                    [Unit for Victims]


THE PROCESSES AND SERVICES THAT HE UNIT OFFERS FOR VICTIMS

# ARE FREE AND
# DO NOT REQUIRE INTERMEDIARIES


[Signature]


HERYCK FABIAN AGUDELO MENDIETA
Technical Director of Information Registry and Processing
Unit for Victims



[Colombia – Power of Life]



[Unit for Victims]

FORMAT RESPONSE DOCUMENT FOR SUBMISSION     Code: 740,04,15-58

[Seal] Unit for Victims     CITIZEN SERVICE PROCESS     Version: 2
PRESENCIAL CHANNEL PROCEDURE     Date: 09/24/2019
     Pages

| | | |
|---|---|---|
| Date | Tuesday, February 10, 2026 | No. 202621010554952 |
| Country | 48 | |
| State | ANTIOQUIA | |
| Municipality of Submission: | ARBOLETES | |
| Names and Last names: | ANDRES MARTINEZ GARCIA | |
| Citizenship I.D. Card No: | 3640258 | Issued on: |
| Address: | Corregimiento TOTUMO. | Telephone:  3006040885 |

| The use requests | Response Right to | Administrative |
|---|---|---|
| a copy: | Petition:          **X** | Record |

a complete and gratuitous copy of the document PROOF OF ACREDITATION is being given on _____ useful pages.

The victim states that he/she has received the mentioned document to his/her complete satisfaction.

The same was filed as number <u>2026021010554952</u> <u>02/10/2016 (dd/mm/yyyy) at 10:55</u>

Person served                                        Served by:

_____                    _____

Be informed that access to the benefits for the victimized population are given directly at the Points of Service or Regional Centers and the Service is free.

Translator: Maria Lando
Date:        May 12, 2026

 

Bogotá, Martes 10 de Febrero de 2026

Señor(a)
**ANDRES MARTINEZ GARCIA**
Dirección: Corregimiento TOTUMO.
Teléfono: 3006040885
ARBOLETES, ANTIOQUIA, 48

Consultando el Registro Único de Víctimas (RUV) el día Martes 10 de Febrero de 2026, nos permitimos informar el estado y hecho(s) victimizante(s) por el cual se encuentra registrado(a) **ANDRES MARTINEZ GARCIA** identificado(a) con cedula de ciudadanía / contraseña **3640258**, en calidad de declarante y/o jefe de hogar:

| DECLARACION/ RADICADO | ID | ESTADO VALORACION | HECHO(S) VICTIMIZANTES(S) | FECHA DEL HECHO VICTIMIZANTE | DEPARTAMENTO DE HECHO VICTIMIZANTE | MUNICIPIO HECHO VICTIMIZANTE |
|---|---|---|---|---|---|---|
| 70417 | 70417 (SIPOD) | Incluido | Desplazamiento Forzado | 28/02/1997 | ANTIOQUIA (05) | SAN JUAN DE URABÁ (05659) |

Que dentro de la declaración rendida **70417** y el hecho victimizante **Desplazamiento Forzado**, se evidencia la relación del siguiente núcleo familiar:

| NOMBRES Y APELLIDOS | RELACION CON DECLARANTE | DOCUMENTO | ESTADO VALORACION | FECHA DEL HECHO VICTIMIZANTE |
|---|---|---|---|---|
| ANDRES MARTINEZ GARCIA | Jefe(a) de hogar (Declarante) | 3640258 | Incluido | 28/02/1997 |
| JUANA BAUTISTA HERNANDEZ PEÑA | Esposo(a)/Compañero(a) | 22163328 | Incluido | 28/02/1997 |

### Código Verificación: 2026021010554952

Debe tener en cuenta que la conformación del grupo familiar inscrito en el Registro Único de Víctimas está determinado por la información que de manera libre y voluntaria realizó la persona que declaró ante el Ministerio Público. De esta manera, el grupo familiar queda registrado tal y como lo expresó el (la) declarante, quien lo conformó , basado en los factores de tiempo, modo y lugar de los hechos victimizantes.

De conformidad con el Artículo 15 de la Constitución, toda la información suministrada por la Víctima y aquella relacionada con la solicitud de Registro es de carácter RESERVADO, citado en el parágrafo 1º del Artículo 156 de la Ley 1448 de 2011; de igual manera el articulo 31 del decreto 4800 en su numeral noveno señala: "Garantizar la confidencialidad, reserva y seguridad de la información y abstenerse de hacer uso de la información contenida en la solicitud de registro o del proceso de diligenciamiento para obtener provecho para sí o para terceros".

Conforme a lo anterior y dadas las facultades legales descritas no se emitirán copias de este documento a ninguna otra entidad, ni persona natural o jurídica.

Fecha: 10/2/2026        Id Generado: 2026021010554952        Usuario: 197575

**Dirección:** Complejo logístico San Cayetano. Carrera 85D No. 46A 65, Bogotá - Colombia
**Conmutador:** Tel: +57 (601) 796 5150
**Línea Gratuita:** (+57) 01 8000 911119        Pagina: 1 de 3

  

LOS TRÁMITES Y SERVICIOS QUE OFRECE LA UNIDAD PARA LAS VÍCTIMAS

# SON GRATUITOS Y
# NO REQUIEREN DE INTERMEDIARIOS

**HERYCK FABIAN AGUDELO MENDIETA**
**Director Tecnico de Registro y Gestión de la Información**
**Unidad para las Víctimas**

Fecha: 10/2/2026                Id Generado: 2026021010554952                Usuario: 197575

**Dirección:** Complejo logístico San Cayetano. Carrera 85D No. 46A-65, Bogotá - Colombia
**Conmutador:** Tel: +57 (601) 796 5150
**Línea Gratuita:** (+57) 01 8000 911119

Pagina: 2 of 3

 

| | FORMATO ENTREGA DOCUMENTO DE RESPUESTA | Código: 740,04,15-58 |
|---|---|---|
| Unidad para las Víctimas | PROCESO SERVICIO AL CIUDADANO | Versión: 2 |
| | PROCEDIMIENTO CANAL PRESENCIAL | Fecha: 24/09/2019 |
| | | Paginas |

Fecha     Martes 10 de Febrero de 2026

País     48

Departamento     ANTIOQUIA

Municipio de entrega:     ARBOLETES

Nombre y Apellidos:     ANDRES MARTINEZ GARCIA

Cédula de Ciudadanía No:     3640258       Expedida en:

Dirección:     Corregimiento TOTUMO.       Teléfono    3006040885

Nº **2026021010554952**

El usuario solicita copia:     Respuesta Derecho de Petición    ✖     Acto Administrativo

Se hace entrega de una copia integra y gratuita del documento de _____CONSTANCIA DE ACREDITACIÓN___, en _____folios útiles.

La víctima manifiesta que recibe a entera satisfacción el documento antes mencionado.

al mismo con el radicado número___2026021010554952__ del ___10/02/2026 10:55___(dd / mm / aaaa)

Persona Atendida           Atendido por:

Se informa que el acceso a los beneficios para población víctima, se realiza de manera directa en los Puntos de Atención o Centros Regionales y el Servicio es gratuito.

Fecha: 10/2/2026       Id Generado: 2026021010554952       Usuario: 197575

**Dirección:** Complejo logístico San Cayetano. Carrera 85D No. 46A-65, Bogotá - Colombia
**Conmutador:** Tel: +57 (601) 796 5150
**Línea Gratuita:** (+57) 01 8000 911119       Pagina: 3 of 3