# Exhibit C-1

*Translated Transcript of Support Video*



| | |
|---|---|
| 00:00 – 00:03 | Madam Judge… |
| 00:04 – 00:06 | …I ask that you release my son… |
| 00:07 – 00:09 | …because he is the one who helps me. |
| 00:10 – 00:14 | When I am needy, he is aware of my situation. |
| 00:15 – 00:18 | And now, I do not have anyone to help me. |
| 00:19 – 00:23 | I need to ask you to do me that favor with uh, uh, uhm, my son… |
| 00:24 – 00:27 | …who I miss very much. |

Translator: Maria Lando

Date: May 10, 2026