UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HONORABLE MARY S. SCRIVEN**

| CASE NO.  8:25-cr-00425-MSS-LSG | DATE:  May 28, 2026 |
|---|---|
| TITLE: <br><br>**UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> v. <br><br>**LUCIO ANTONIO MARTINEZ HERNANDEZ,** <br><br> Defendant, | |
| TIME:  9:34 AM – 10:02 AM | TOTAL:  38 MIN |

| Courtroom Deputy: Cynthia Biron | Interpreter: Gabriela Loncar |
|---|---|
| Court Reporter:  David Collier | Probation: Daia Jung |

| Counsel for Government:  Joseph Ruddy |
|---|
| Counsel for Defendant:  Ryan Maguire |

**CRIMINAL MINUTES**

Court in session and counsel identified for the record.

Defendant sworn and adjudicated guilty as to Counts One and Two of the Indictment.

Defendant allocutes.

Imprisonment:  48 Months. 48 Months as to Counts One and Two, to run concurrently, with credit for all time served since August 18, 2025.

The Court makes the following recommendations to the Bureau of Prisons:
☒Placement at FCI Coleman
☒Educational training to include a GED equivalency diploma in Defendant's native language or through English courses. Participation in vocational training, to include, but not limited to mechanics, automotive, plumbing, and electrical training.

Supervised Release: 2 Years. 2 Years as to Counts One and Two, to run concurrently.

Fine is waived

Special Assessment: $200. This obligation is to be paid immediately.

Special conditions of supervised release:

- The mandatory drug testing provisions of the Violent Crime Control Act are waived. The Court authorizes random drug testing not to exceed 104 tests per year.

- If deported by the Bureau of Immigration and Customs Enforcement, Defendant shall not re-enter the United States until allowed to do so legally.

- Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

Defendant is remanded to the custody of the US Marshal

Defendant advised of right to appeal and of right to counsel on appeal.

The Court will enter a medic order.

Court adjourned.