Case 8:25-cr-00425-MSS-LSG   Document 137   Filed 05/29/26   Page 1 of 8 PageID 605

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JUL 23 2026 PM2:06
FILED - USDC FLMD - TPA

RECEIVED U.S. MARSHALS
2026 JUN 1 AM8:17

**UNITED STATES OF AMERICA,**

Case No.: **8:25-cr-00425-MSS-LSG**

**v.**

USM Number: **05952-512**

**LUCIO   ANTONIO   MARTINEZ**
**HERNANDEZ,**

Ryan Maguire, FPD

**Defendant,**

---

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count One and Two of the Indictment. The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Numbers |
|---|---|---|---|
| 46 U.S.C. § 70503(a) and 70506(a) and (b) and 21 U.S.C § 960(b)(1)(B)(ii) | Conspiracy to Possess with Intent to Distribute Five Kilograms or More of a Mixture and Substance Containing a Detectable Amount of Cocaine While Aboard a Vessel Subject to the Jurisdiction of the United States | On or About August 18, 2025 | One |
| 46 U.S.C. § 70503(a), 21 U.S.C. § 960(b)(1)(B)(ii), and 18 U.S.C. § 2 | Aiding and Abetting to Possess with Intent to Distribute Five Kilograms or More of a Mixture and Substance Containing a Detectable Amount of Cocaine While Aboard a Vessel Subject to the Jurisdiction of the United States | On or About August 18, 2025 | Two |

I CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: Cynthia Biron

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

AO245B (Rev. 11/25) Judgment in a Criminal Case

**IT IS ORDERED** that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence:

May 28, 2026

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

May 29, 2026

AO245B (Rev. 11/25) Judgment in a Criminal Case

Case 8:25-cr-00425-MSS-LSG    Document 137    Filed 05/29/26    Page 3 of 8 PageID 607 of 8

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of **FORTY-EIGHT (48) Months. This term consists of 48 Months as to Counts One and Two, to run concurrently, with credit for all time served since August 18, 2025.**

The Court makes the following recommendations to the Bureau of Prisons:
- Placement at FCI Coleman
- Educational training to include a GED equivalency diploma in Defendant's native language or through English courses. Participation in vocational training, to include, but not limited to mechanics, automotive, plumbing, and electrical training.

The defendant is remanded to the custody of the United States Marshal.

This Judgment **DOES NOT** constitute an order of deportation, and the Court is not aware that the Defendant is subject to any order of deportation, so he should be able to avail himself of gain time and other such benefits that apply to incarcerated persons.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy United States Marshal

AO245B (Rev. 11/25) Judgment in a Criminal Case

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of **TWO (2) Years. This term consists of 2 Years as to Counts One and Two, to run concurrently.**

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. The mandatory drug testing requirements of the Violent Crime Control Act are waived. However, you must submit to random drug testing not to exceed two tests per week.
4. You must cooperate in the collection of DNA as directed by the probation officer.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO245B (Rev. 11/25) Judgment in a Criminal Case

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.

2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

4. You must answer truthfully the questions asked by your probation officer.

5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchucks or tasers).

AO245B (Rev. 11/25) Judgment in a Criminal Case

11.    You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12.    If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.

13.    You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature:_____    Date:_____

AO245B (Rev. 11/25) Judgment in a Criminal Case

## SPECIAL CONDITIONS OF SUPERVISION

1.    If deported by the Bureau of Immigration and Customs Enforcement, you shall not re-enter the United States until allowed to do so legally.

AO245B (Rev. 11/25) Judgment in a Criminal Case